IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEWS FLOWERS, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 3:05-cv-764-DRH |
| JEFF DONAHEY, et al., | ) |
|     Defendants. | ) |

**ORDER**

This matter is before the Court on the Motion for Joinder filed by the Plaintiff, Matthew Flowers, on February 21, 2006 (Doc. 14) and the Motion to Amend the Complaint filed by Flowers on February 21, 2006 (Doc. 15). Both motions are **DENIED WITHOUT PREJUDICE**.

Both of these motions are related and generated one response from the Defendants: the Plaintiff seeks to amend his complaint in order to add a number of parties as Plaintiffs and Defendants. The Plaintiff filed his proposed amended complaint as an exhibit to his motion. The proposed amended complaint was stricken by the Court as the CM/ECF manual requires such proposed pleadings to be e-mailed to chambers. After a review of the Court's inbox, no such proposed pleading has been found. Local Rule 15.1 requires the Plaintiff to provide a copy of the proposed amended complaint with the changes underlined. As the Court does not have a copy of the proposed amended complaint, the propriety of the proposed amended complaint cannot be addressed (especially in light of the Plaintiff's bare motion). The Plaintiff may re-file these motions, providing he e-mail to chambers the proposed amended complaint. In addition, the Plaintiff should address how adding new parties will affect the scheduling order and presumptive trial month of December, 2006.

**DATED: April 21, 2006**

<u>s/ Donald G. Wilkerson</u>
**DONALD G. WILKERSON**
**United States Magistrate Judge**
