IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MATTHEW FLOWERS**

**Plaintiff,**

**v.**

**JEFF DONAHEY, et al.,**

**Defendants.**                                          **No. 05-764-DRH**

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendants' Notice of Settlement and Motion for Continuance. (Doc. 44.) Defendants have advised the Court that Plaintiff joins Defendants in this motion. Being fully advised in the premises, the Court vacates the current trial setting of June 4, 2007. The parties are granted 60 days from the date of this Order to complete the settlement and file a stipulation for dismissal. Should the parties fail to consummate the settlement, they should notify the Court as soon as possible so that the Court may reset this matter for trial.

**IT IS SO ORDERED.**

Signed this 23rd day of May, 2007.

/s/      David   RHerndon
**United States District Judge**