IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MATTHEW FLOWERS,**

 **Plaintiff,**

**v.**

**JEFF DONAHEY, BRIAN PHILLIPS,
RICHARD SAUGET, JR.,
PATRICK DELANEY, Individually and
in Their Official Capacities,
THE VILLAGE OF SAUGET, ILLINOIS,**

 **Defendants.**           Case No. 05-cv-764-DRH

### ORDER

**HERNDON, District Judge:**

 This Order hereby **ACKNOWLEDGES** the Parties' Stipulation of Dismissal With Prejudice (Doc. 46), filed pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41**, and hereby **DISMISSES WITH PREJUDICE** all of Plaintiff's claims against all Defendants in this case, with each party to bear their own costs, attorney fees and litigation expenses. Judgment shall be entered accordingly and the Clerk is instructed to close the case file.

 **IT IS SO ORDERED**.

 Signed this 26th day of July, 2007.

               /s/  David RHerndon
               **United States District Judge**