## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MATTHEW FLOWERS,**

       **Plaintiff,**

       **vs.**                                          **Cause No. 05-CV-764 DRH**

**JEFF DONAHEY, BRIAN PHILLIPS,**
**RICHARD SAUGET, JR.,**
**PATRICK DELANEY, INDIVIDUALLY AND**
**IN THEIR OFFICIAL CAPACITIES,**
**THE VILLAGE OF SAUGET, ILLINOIS,**

       **Defendants**.

### JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

       **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.---------------------------------------------------------------------------

                                         **NORBERT G. JAWORSKI, CLERK**

July 26, 2007                            By:   s/Patricia Brown
                                         Deputy Clerk

APPROVED: /s/   David  RHerndon
                **U.S. DISTRICT JUDGE**